UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Mary R. Clifton – 1:22-cv-01076

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 15, 2024

| | |
|---|---|
| */s/ John T. Kirtley, III*_____ | */s/ Andrea Roberts Pierson*_____ |
| John T. Kirtley, III | Andrea Roberts Pierson |
| Ferrer Poirot Feller | Faegre Drinker Biddle & Reath LLP |
| 2603 Oak Lawn Ave., Suite 300 | 300 North Meridian Street, Suite 2500 |
| Dallas, Texas 75219 | Indianapolis, Indiana 46204 |
| Telephone: (214) 521-4412 | Telephone: (317) 237-0300 |
| Facsimile: (866) 513-0115 | Facsimile: (317) 237-1000 |
| Email: jkirtley@lawyerworks.com | Email: andrea.pierson@faegredrinker.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Andrea Roberts Pierson*