APPROVED. Case is
dismissed with prejudice.
Dated: Oct 16, 2024

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES PRACTICES AND          Case No. 1:14-ml-2570-RLY-TAB
PRODUCT LIABILITY LITIGATION                                       MDL No. 2570

_____

This Document Relates to:

Mary R. Clifton – 1:22-cv-01076

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with

prejudice. Each party shall bear its own fees and costs.


Dated: October 15, 2024

/s/ John T. Kirtley, III                                      /s/ Andrea Roberts Pierson
John T. Kirtley, III                                            Andrea Roberts Pierson
Ferrer Poirot Feller                                           Faegre Drinker Biddle & Reath LLP
2603 Oak Lawn Ave., Suite 300                      300 North Meridian Street, Suite 2500
Dallas, Texas 75219                                        Indianapolis, Indiana 46204
Telephone: (214) 521-4412                            Telephone: (317) 237-0300
Facsimile: (866) 513-0115                             Facsimile: (317) 237-1000
Email: jkirtley@lawyerworks.com              Email: andrea.pierson@faegredrinker.com

*Attorneys for Plaintiff*                                   *Attorneys for Defendants*